UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN JAY PINCUS HUETER, AKA Tao,<br><br>        Plaintiff - Appellant,<br><br>and<br><br>CHIEF (SA'O) FAAMULI PETE FAAMULI; et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>LEALAIALOA FRITZ MICHAEL KRUSE, as an individual, and in his official capacity as Chief Justice of American Samoa, Federal Employee; et al.,<br><br>        Defendants - Appellees. | No. 22-15088<br><br>D.C. No. 1:21-cv-00226-JMS-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

     A review of the docket demonstrates that appellant has failed to file the opening brief in this case.

     Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

     This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Debra Rhodes
Deputy Clerk
Ninth Circuit Rule 27-7